1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10                              WESTERN DIVISION

11   JOHN LAPONTE,                    )   CV NO. CV 12-8264-PA(AJW)
                                      )
12                  Petitioner,       )
                                      )   JUDGMENT
13           v.                       )
                                      )
14   MATTHEW CATE, DIRECTOR,          )
                                      )
15                  Respondent.       )
     _____)

16

17        It is hereby adjudged that the petition for a writ of habeas

18   corpus is denied.

19
     Dated: October 16, 2012
20
                                      _____
21                                    Percy Anderson
                                      United States District Judge
22

23

24

25

26

27

28